# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127633 & (16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL OWENS JAMES,
      Defendant-Appellant.

SC: 127633
COA: 258254
Wayne CC: 81-007011

_____/

      On order of the Court, the application for leave to appeal the November 5, 2004 order of the Court of Appeals and the motion for peremptory reversal are considered, and they are DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

s1024